**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-6366**

_____

KELVIN G. CHIPP,

Petitioner - Appellant,

v.

STEPHANIE HOLLEMBAEK, Warden,

Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:15-hc-02284-BO)

_____

Submitted:  August 31, 2017                    Decided:  September 8, 2017

_____

Before NIEMEYER, DIAZ, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kelvin G. Chipp, Appellant Pro Se.  Donald Russell Pender, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin G. Chipp, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Chipp v. Hollembaek*, No. 5:15-hc-02284-BO (E.D.N.C. Feb. 22, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*